AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| In Re Metropolitan Water Company, L.P. ) | |
| *Debtor* ) | |
| v.  ) | Civil Action No. 1:23-CV-01100-DAE |
| Keller Shoreline Investments, Ltd. et al.  ) | |
| *Appellant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David A. Ezra on a motion for Final Judgment
_____ .

Date:  11/27/2024

*Philip J. Devlin*
CLERK OF COURT

*Christina Cordero*
Signature of Clerk or Deputy Clerk