# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 31, 2025

Lyle W. Cayce
Clerk

No. 24-50989

---

In the Matter of Metropolitan Water Company, L.P.

*Debtor*,

Dallas Water Alliance Associates, Limited, Creditor; Keller Shoreline Investments, *Limited*; Paul Keller; Greg Attwood; Francis R. Reissig, Jr.,

*Appellants*,

*versus*

Metropolitan Water Company, L.P., Debtor; Stephen W. Sather, *Trustee*; Blue Water Systems, L.P., Creditor; Blue Water Vista Ridge, L.L.C., Creditor;  Austin JSB, Limited, Creditor; Fox River Real Estate Holdings, Incorporated, Creditor; M. Buckner Baccus, Creditor; Daniel T. Cooper, Creditor; Ross M. Cummings, Creditor; Warren Demaio, Creditor; Bruce F. Dickson, Creditor; Keith K. Dickson, Creditor; Eugene A. Frost, Jr., Creditor; Mark A. Frost, Creditor; August J. Pellizzi, Creditor,

*Appellees*.

No. 24-50989

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1100

_____

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of July 31, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Jasmine J. Forman, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued Jul 31, 2025**

**Clerk, U.S. Court of Appeals, Fifth Circuit**